# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

STACY FINK                                                                 PLAINTIFF

V.                           NO. 3:18CV00233-JTR

ANDREW SAUL,
Commissioner of Social Security Administration                   DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 8th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE